# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Massimino v. Benoit  Docket No.: 25-1104

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Daniel J. Foster

Firm: City of Waterbury Office of the Corporation Counsel

Address: 235 Grand Street, Waterbury, Connecticut 06702

Telephone: 203-574-6731  Fax: 203-574-8340

E-mail: dfoster@waterburyct.org

Appearance for: Matthew Benoit, Frank Laone / Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph A. Mengacci, Officer of the Corporation Counsel, City of Waterbury )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: ct 24975

Type or Print Name: Daniel J. Foster

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Massimino**

v.

**Benoit**

CERTIFICATE OF SERVICE*

Docket Number: **25-1104**

I, **Daniel J. Foster** (print name), hereby certify under penalty of perjury that on **May 14, 2025** (date), I served a copy of **Notice of Appearance for** _Substitute, Additional or Amicus Counsel_ (list all documents)

by (select all applicable)**

___ Personal Delivery   **X** United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Dan Barrett | 765 Asylum Ave., 1st Fl. | Hartford | CT | 06105 |
| Sapana Anand | 125 Broad Street | New York | NY | 10004 |
| Elana Spugen Bildner | 765 Asylum Ave., 1st Fl. | Hartford | CT | 06105 |
| Jaclyn Marie Blickley | 765 Asylum Ave., 1st Fl. | Hartford | CT | 06105 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**5/14/2025**
Today's Date

**/s/ Daniel J. Foster ct24975**
Signature

Certificate of Service Form (Last Revised 12/2015)