UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| KEITH MASSIMINO | : | |
|     Appellant-Plaintiff, | : | NO. 25-1104 |
| | : | |
| VS. | : | |
| | : | |
| MATTHEW BENOIT and FRANK LAONE | : | AUGUST 25, 2025 |
|     Appellees-Defendants | : | |

## APPELLEES-DEFENDANTS' SCHEDULING NOTIFICATION PURSUANT TO LOCAL RULE 31.2

The Appellees-Defendants respectfully submit, pursuant to Local Rule 31.2, its Scheduling Notification. The Appellees-Defendants request that the Appellees-Defendants' Brief be due on November 9, 2025, 90 days after the filing of Appellant-Plaintiff's Brief, which was on August 11, 2025.

Respectfully submitted,

THE APPELLEES-DEFENDANTS

BY:     ct24975
Daniel J. Foster, Esq.
Office of the Corporation Counsel
235 Grand Street, 3rd Floor
Waterbury, CT 06702
Phone: (203) 574-6731
Fax: (203) 574-8340
dfoster@waterburyct.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on above date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dan Barrett
Elana Bildner
Jaclyn Blickley
ACLU Foundation of Connecticut
PO Box #320647
Hartford, CT 06132
(860) 471-8471
e-filings@acluct.org

                                                               ct24975
                                              Daniel J. Foster